GREAT KILLS LAND & DEVELOPMENT CO., INC., Respondent, v. JEREMIAH COHEN, Appellant.— Order denying defendant's motion to dismiss complaint, and to vacate warrant of attachment, reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The complaint and affidavits submitted on the application for the attachment and the affidavits submitted upon the motion to dismiss and to vacate the attachment, show clearly that plaintiff is seeking to recover the portion of the purchase price to be paid on the delivery of a deed under a contract for the purchase and sale of real property. The action in its present form is not maintainable. (*Schmaltz* v. *Weed*, 27 App. Div. 309.) Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

KATHERINE GREENSCHPOON, Respondent, v. ARTHUR JOSEPH, Appellant.— Order denying motion to interplead parties as defendants affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

ELEANOR HARRIGAN, as Administratrix, etc., of JAMES HARRIGAN, Deceased, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Order setting aside verdict and directing new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

DAVID HECHT, Respondent, v. HYMAN MILLMAN and JACOB STARR, Copartners, Defendants. HENRY D. LUTTMANN, Appellant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs to respondent to abide the event. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

CELIA HYMAN, Respondent, v. IRVING HYMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of HILLSLEY REALTY CORPORATION, Respondent, for a Mandamus Order against GUY VROMAN, as Building Inspector of the Village of Larchmont, Appellant.— Alternative mandamus order unanimously affirmed, with costs. The board of appeals had no function in this matter, and mandamus appears to be the proper remedy. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.

In the Matter of the Application of CHARLES KLEIN, Respondent, v. WILLIAM J. DALTON, as Mayor of the City of Long Beach, and Others, Appellants.— Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

In the Matter of the Application of LONGLAST HOLDING CORPORATION, Respondent, for a Mandamus Order against GUY VROMAN, as Building Inspector of the Village of Larchmont, Appellant.— Alternative mandamus order unanimously affirmed, with costs, on authority of *Matter of Hillsley Realty Corporation* v. *Vroman* (*ante*, 855), decided herewith. Present — Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ.